UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DANIEL REAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN<br><br>Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3: 15-cv-01679-M<br><br>**RICHARD DIAMOND'S APPENDIX ACCOMPANYING HIS MOTION TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTON |
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT INC., RAYMOND K. GRUBA and LUIS MANUEL RAMIREZ<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:15-cv-02120-B<br><br>CLASS ACTON |

Attached are true and correct copies of the following exhibits:

Exhibit 1: PSLRA early notice issued by The Rosen Law Firm on May 13, 2015;

Exhibit 2: PSLRA Certification of Richard Diamond;

Exhibit 3: Loss Chart;

Exhibit 4: Firm resume of The Rosen Law Firm, P.A.; and

Exhibit 5: Resume of R. Dean Gresham of the Payne Mitchell Law Group LLP.

| | |
|---|---|
| Dated: July 13, 2015 | Respectfully submitted, |

**PAYNE MITCHELL LAW GROUP. LLP**

/s/ R. Dean Gresham
R. Dean Gresham
Texas Bar No. 24027215
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (214) 252-1888
Facsimile: (214) 252-1889
Email: dean@paynemitchell.com

[Proposed] Liaison Counsel for Plaintiffs and Class

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (pro hac vice to be filed)
Phillip Kim, Esq. (pro hac vice to be filed)
275 Madison Avenue, 34th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## CERTIFICATE OF SERVICE

    I hereby certify that on this on the 13th day of July 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                        /s/ R. Dean Gresham