# EXHIBIT 3

| Globe Power 3/9/15-7/13/15 |

| Name | Date Bought | # Shares Bought | Price per Share | Cost | Date Sold | Shares Sold | Price per Share | Proceeds | Shares Retained | Value Retained | Approx Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Diamond | 4/15/2013 | 1000 | ($16.69) | ($16,690.00) | | | | | 1000 | $7,836.51 | ($8,853.49) |