# EXHIBIT 5

**PayneMitchell**
**LawGroup**

Dean Gresham, Of Counsel

# RESUME OF DEAN GRESHAM—OF COUNSEL TO THE
# PAYNE MITCHELL LAW GROUP

The Payne Mitchell Law Group is an AV-rated civil litigation firm with its principal office located in Dallas, Texas. The firm specializes in complex litigation, including serious injury, class action and *qui tam* litigation across the country. Its attorneys have extensive experience in consumer protection, securities fraud, and *qui tam* actions under the False Claims Act. The firm handles national class actions that present cutting edge issues. The attorneys at the Payne Mitchell Law Group are recognized in their field for excellence and integrity, and are committed to seeking justice for their clients.

## DEAN GRESHAM

Dean Gresham is Of Counsel to the Payne Mitchell Law Group and specializes in, among others, consumer class action cases. Gresham sits on the Board of Directors of both the Texas and Dallas Trial Lawyers Associations. Gresham was named one of the Best Lawyers in Dallas by *D Magazine* (2009, 2011, 2012, and 2013) and a Rising Star and SuperLawyer by *Law and Politics Magazine*, 2009-2014).

Dean Gresham has extensive experience handling complex class actions across the country involving securities fraud, consumer fraud, and defective products.

## CASE PROFILES

Dean Gresham currently holds, or has held, a leadership role in the following class actions:

- *Lane's Gifts and Collectibles, LLC v. YAHOO! Inc., Overture Services, Inc., Time Warner Inc., America Online, Inc., Netscape Communications Corp., Ask Jeeves, Inc., Buena Vista Internet Group d/b/a Go.com, Google, Inc., Lycos, Inc. Looksmart, Ltd., and Findwhat.com*, Case No. CV-2005-52-1, in the Circuit Court of Miller County, Arkansas.

    Dean Gresham served as co-lead class counsel in the landmark class action for "Click Fraud" against Google and other search engines**.**  The case resulted in an important reform of the Internet pay-per-click advertising industry.  This was the first "click fraud" case filed and Dean Gresham, as well as co-lead class counsel, represented a class of Internet advertisers that alleged they had been charged for illegitimate "clicks" on their online advertisements.  The results were as follows:

    - $90 million settlement with Google;
    - $3.9 million settlement with MIVA and Lycos;
    - $2.5 million settlement with Looksmart; and
    - $820,000 settlement with Ask Jeeves.

- *Matt Lovelis, et al. v. Titeflex Corp., Ward Manufacturing, Inc., OmegaFlex, Inc., and Parker Hannifin Corp.*, Case No. CIV-2004-211, in the Circuit Court of Clark County, Arkansas

    Dean Gresham served as co-lead class counsel in the case.  The class action alleged that corrugated stainless steel tubing ("CSST"), a popular natural gas conduit used in residential and commercial construction since 1994, was defective and posed an unreasonable risk of fire or explosion in the event a structure in which it was installed was struck by lightning and that the manufacturers failed to warn consumers of the latent danger.  The lawsuit was certified as a class action for settlement purposes only and the class was entitled to a benefit valued at over $150 million.

- *Grammer, et al. v. Sunbeam Products, Inc.*, Case No. CV-2004-407-2 in the Circuit Court of Miller County, Arkansas

    Dean Gresham served as co-lead class counsel in the case.  The case was certified by the court as a class action.  The case was settled after certification and the settlement was valued in excess of $220 million. Plaintiffs alleged that Sunbeam manufactured over 30 million electric blankets that were defectively and likely to fail and cause fires, personal injury and property damage, and that Sunbeam failed to disclose these known dangers to consumers.

- *Crabb, et al. v. GoDaddy.com, Inc., et al.*, Case No. CV10-940-PHX-NVW, in the United States District Court for the District of Arizona

    Dean Gresham served as counsel for a putative class suing the Internet domain name giant, GoDaddy.com. Plaintiffs alleged that GoDaddy.com committed cyber-trespass and breached the implied duty of good faith and fair dealing by linking Plaintiffs' domain names with a GoDaddy webpage that displays third-party advertising.  Plaintiffs claimed that GoDaddy was unjustly enriched as GoDaddy received a portion of all pay-per-click revenue generated by advertising on the domain names registered by the putative class.  The case was resolved in March 2012.

- *Zagami v. Natural Health Trends Corp., et al.*, Case No. 3:06-CV-1654-D, in the United States District Court for the Northern District of Texas, Dallas Division

    Dean Gresham served as liaison class counsel in a securities fraud case filed against Natural Health Trends Corp. and its directors.  The case was resolved by way of class settlement on March 19, 2009.

- *Schuler v. Ebby Halliday Real Estate, Inc.*, Case No. 6:10-CV-00546, in the United States District Court for the Eastern District of Texas, Tyler Division.

    Dean Gresham served as counsel for a putative class of persons who purchased a home from an Ebby Halliday realtor and paid for an American Home Shield Warranty without knowing that the realtor was receiving a kick-back from the warranty company in

violation of RESPA and the realtor's fiduciary duty. The case was recently settled as part of a global settlement in *Abney v. American Home Shield Corp.*, Case No. 2:09-cv-01018-RDP, in the United States District Court for the Northern District of Alabama, Southern Division.

- *Campton v. Ignite Restaurant Group, Inc.*, et al, Case No. 4:12-cv-2196, in the United States District Court for the Southern District of Texas, Houston Division.

  Dean Gresham was appointed by the Court as liaison class counsel in a securities fraud class action arising out of the sale of certain securities issued in connection with the Ignite Restaurant Group, Inc.'s May 10, 2012 initial public offering. The litigation remains pending.

- *In Re Hyundai and Kia Fuel Economy Litigation*, MDL 2424, in the United States District Court for the Central District of California, Los Angeles Division.

  Dean Gresham represents a Texas class of consumers that purchased or leased certain KIA vehicles with incorrect and inflated miles-per-gallon claims on the vehicles' window stickers. A proposed settlement has been reached and is waiting court approval.

- *Lee v. Active Power, Inc.*, et al. Civil Action No. 13-cv-797, in the United States District Court for the Western District of Texas, Austin Division.

  Dean Gresham was appointed by the Court as liaison class counsel in a securities fraud class action arising out of the sale of certain securities issued by Active Power, Inc. and its officers and directors. The litigation remains pending.

- *In re GM Ignition Switch Recall Litigation*; MDL 2543; pending in the Judicial Panel on Multidistrict Litigation

  Dean Gresham represents a putative Texas class of purchasers and lessors of vehicles manufactured by GM from 2005-2011 with defective ignition switches. This litigation is currently pending.

- *Miller et al v. Global Geophysical Services, Inc. et al.*, Case No. 4:14-cv-00708, pending in the United States District Court for the Southern District of Texas, Houston Division.

  Dean Gresham was appointed by the Court as liaison class counsel in a securities fraud class action arising out of the sale of certain securities issued in connection with the Global Geophysical Services, Inc.'s initial public offering. The litigation remains pending.