# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DANIEL REAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN,<br><br>Defendants. | Case No. 3:15-cv-01679-M |
| MARGARET BUDDE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA and LUIS MANUEL RAMIREZ,<br><br>Defendants. | Case No. 3:15-cv-02120-B |

**DECLARATION OF WILLIE C. BRISCOE IN SUPPORT OF THE MOTION OF JOHN H. BURKHOLDER FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Willie C. Briscoe, hereby declare as follows:

1.  I am a member of The Briscoe Law Firm, PLLC, counsel for lead plaintiff movant John H. Burkholder ("Movant") and proposed liaison counsel for the class.

2.  I submit this Declaration, together with the attached exhibits, in support of Movant's motion to consolidate the above-captioned cases, to appoint Movant to serve as lead plaintiff on behalf of the putative class in the consolidated action, and to approve Movant's selection of Glancy Prongay & Murray LLP as lead counsel and The Briscoe Law Firm, PLLC as liaison counsel. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release published May 13, 2015 on *Business Wire,* announcing the pendency of the action filed by Daniel Ream against Defendants herein. |
| Exhibit B: | Certification of John H. Burkholder. |
| Exhibit C: | Table of the calculated losses incurred by Movant as a result of transactions in Global Power Equipment, Inc. securities. |
| Exhibit D: | Firm résumé of Glancy Prongay & Murray LLP. |

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on July 13, 2015 at Dallas, Texas.

                                                      */s/ Willie C. Briscoe*
                                                        Willie C. Briscoe

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed or e-mailed the foregoing document and the notice of electronic filing to all non-CM/ECF participants.

                                                    */s/ Willie C. Briscoe*
                                                     Willie C. Briscoe