

# EQUITY ALERT: The Rosen Law Firm Files Securities Class Action Against Global Power Equipment Group Inc. – GLPW

May 13, 2015 06:01 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--The Rosen Law Firm announces that it has filed a class action lawsuit on behalf of purchasers of Global Power Equipment Group Inc. (NYSE:GLPW) securities from March 9, 2015 through May 6, 2015 (the "Class Period"). The lawsuit seeks to recover damages for Global Power Equipment Group investors under the federal securities laws.

To join the Global Power Equipment Group class action, go to the firm's website at http://www.rosenlegal.com/cases-603.html or call Phillip Kim, Esq. or Kevin Chan, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or kchan@rosenlegal.com for information on the class action. The lawsuit is pending in the U.S. District Court for the Northern District of Texas.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) the Company's cost of sales in its financial statements for the annual period ended December 31, 2014 were understated; (2) the Company lacked adequate internal controls over its financial reporting; and (3) as a result of the foregoing, the Company's financial statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than July 13, 2015. If you wish to join the litigation, go to the firm's website at http://www.rosenlegal.com/cases-603.html or to discuss your rights or interests regarding this class action, please contact, Phillip Kim, Esq. or Kevin Chan, Esq. of The Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or kchan@rosenlegal.com.

The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

## Contacts

The Rosen Law Firm, P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.
Kevin Chan, Esq.

275 Madison Avenue, 34th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

kchan@rosenlegal.com

www.rosenlegal.com