**SWORN CERTIFICATION OF PLAINTIFF**
**Global Power Equipment Group, Inc. Securities Litigation**

I, John H Burkholder, certify that:

1. I have reviewed the Complaint and authorized its filing.

2. I did not purchase Global Power Equipment Group, Inc., the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Global Power Equipment Group, Inc. during the Class Period set forth in the Complaint are attached in Exhibit A.

5. I have not served as a representative party on behalf of a class under this title during the last three years, except as follows:
NA

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Date: May 7 2015

I am NOT a current or former employee of Global Power Equipment Group, Inc. Global Power Equipment Group, Inc.
RETURN TO:

Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90034

**John H. Burkholder's Transactions in Global Power Equipment Group, Inc (GLPW)**

| Date | Transaction Type | Shares | Unit Price |
|---|---|---|---|
| 1/21/2015 | Bought | 800 | $12.7200 |