## Loss Chart

**Company Name:** Global Power Equipment Group Inc
**Ticker:** GLPW
**Class Period:** March 17, 2014 to May 6, 2015
**Name:** John H Burkholder

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 1/21/2015 | 800 | $12.7200 | -$10,176.0000 | | $0.0000 | -$10,176.00 |
| **Shares Remaining:** | **800** | | | | **Subtotal:** | **-$10,176.00** |
| **As of Date:** | 7/13/2015 | | **\*90-Day Average Price** | **Shares Remaining** | **90-Day Average:** | $6,166.09 |
| | | | $7.7076 | 800 | **Total:** | **-$4,009.91** |

\*Using average closing price from May 7, 2015 to July 13, 2015