**Loss Summary Report - Global Power Equipment Group, Inc. (GLPW)**

| | | |
|---|---|---|
| **Court:** | Texas Northern District Court | **Docket #:** 3:15cv01679 |
| **Date Filed:** | 05/13/2015 | **Lead Plaintiff Deadline:** 07/13/2015 |
| **Class Period:** | 03/17/2014 - 05/06/2015 | |
| **Impacted Security IDs:** | 37941P306($7.71), B2PJYB4, US37941P3064 | |
| **CP Corporate Actions:** | | |

| Client | Eligbility | Security ID | Reconciles? | Complete Data? | Total Shares Purchased | Net Shares Purchased | Net Funds Rcvd(Spent) | Est. FIFO Gain(Loss) | Est. NET Gain(Loss) | Est. LIFO Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Margaret Budde (Global Power Equipment) | Likely | 37941P306 | Y | N | 943.0000 | 943.0000 | ($12,493.15) | ($5,224.08) | ($5,224.08) | ($5,224.12) |

Please note - all data, calculations and information contained in this report have been generated by software that uses data retrieved from Custodial banks. The data may contain inaccuracies and/or the software may contain defects that impact the accuracy of the calculations.