UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANIEL REAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN,<br><br>Defendants. | Case No. 3:15-cv-01679-M |
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA and LUIS MANUEL RAMIREZ,<br><br>Defendants. | Case No. 3:15-cv-02120-B |

**CERTIFICATE OF CONFERENCE OF MARGARET BUDDE FOR
APPOINTMENT AS LEAD PLAINTIFF,
APPROVAL OF HER SELECTION OF LEAD AND
<u>LIAISON COUNSEL AND CONSOLIDATION OF RELATED CASES</u>**

This motion is filed pursuant to the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed Class may apply to the Court to be appointed as lead plaintiff; consequently, at this time Movant's counsel has no way of knowing which Class members, if any, are filing competing lead plaintiff motions. As a result, Movant's counsel was unable to conference with opposing counsel as prescribed in Local Rule

1

7.1D, and respectfully requests that the conference requirement of Local Rule 7.1D be waived for this motion.

Dated: July 14, 2015                                             Respectfully submitted,

/s/ Joe Kendall_____
Joe Kendall
State Bar No. 11260700
Jamie J. Mckey
State Bar No. 24045262
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

*Proposed Liaison Counsel for the Class*

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Jason M. Leviton
Steven P. Harte
155 Federal Street, Suite 400
Boston, Massachusetts 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Jeff@blockesq.com
Jason@blockesq.com
Steven@blockesq.com

*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that a copy of this document was forwarded to counsel of record through the Court's ECF system on July 14, 2015.

/s/ Joe Kendall
Joe Kendall