**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DANIEL REAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN,<br><br>Defendants. | Case No. 3:15-cv-01679-M |
| MARGARET BUDDE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA and LUIS MANUEL RAMIREZ,<br><br>Defendants. | Case No. 3:15-cv-02120-B |

**NOTICE OF WITHDRAWAL OF MOTION BY JOHN H. BURKHOLDER FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

On July 13, 2015, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), John H. Burkholder ("Movant" or "Burkholder") timely filed a motion for appointment as lead plaintiff and approval of his selection of counsel in connection with the above-captioned securities fraud class actions. Two similar motions were filed by other putative class members in these actions.

Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that movant Margaret Budde possesses the "largest financial interest in the relief sought by the class" during the Class Period as required by the PSLRA. Accordingly, Burkholder hereby withdraws his motion for appointment as lead plaintiff. However, were the Court to determine that the other lead plaintiff movant with losses larger than Movant is incapable or inadequate to represent the class in this litigation, Movant remains willing and able to serve as lead plaintiff or as class representative.

This withdrawal shall have no effect upon Movant's rights as a member of the proposed class, including, but not limited to, the right to participate and recover as a class member in this litigation.

Respectfully submitted,

Dated: July 20, 2015

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for John H. Burkholder*

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No. 24001788
8150 North Central Expressway, Suite 1575
Dallas, Texas 75206
Telephone: (214) 239-4568
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for John H. Burkholder*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed or e-mailed the foregoing document and the notice of electronic filing to all non-CM/ECF participants.

*/s/ Lesley F. Portnoy*
Lesley F. Portnoy