UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANIEL REAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN,<br><br>Defendants. | Case No. 3:15-cv-01679-M |
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA and LUIS MANUEL RAMIREZ,<br><br>Defendants. | Case No. 3:15-cv-02120-M |

**ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING MARGARET BUDDE LEAD PLAINTIFF AND APPROVING HER SELECTION OF LEAD AND LIAISON COUNSEL**

Having considered the various motions for the consolidation of related actions and appointment of Lead Plaintiff and Lead Counsel filed in the above-captioned actions (the "Actions"), including the Motion of Margaret Budde for Appointment as Lead Plaintiff and for

1

Approval of Her Selection of Lead and Liaison Counsel and Consolidation of Related Cases, the Court hereby ORDERS as follows:

1. Pursuant to Federal Civil Procedure Rule 42(a), the above-captioned related actions are hereby consolidated for all purposes into one action.

2. Plaintiff Margaret Budde (the "Plaintiff" or "Movant") has timely moved the Court to be appointed Lead Plaintiff in the Actions.

3. Having considered the provisions of 15 U.S.C. §77z-1(a)(3)(B), and the materials submitted by Movant in support of her motion, the Court hereby concludes that Movant is the "most adequate plaintiff" and that she satisfies the requirements of 15 U.S.C. §77z-1(a)(3)(B). Thus, the Court hereby appoints Movant as Lead Plaintiff to represent the interests of the putative Class.

4. Pursuant to 15 U.S.C. §77z-1(a)(3)(B), Movant has selected and retained the law firm of Block & Leviton LLP as Lead Counsel. The Court hereby approves Movant's selection of Lead Counsel.

5. Pursuant to 15 U.S.C. §77z-1(a)(3)(B), Movant has selected and retained the law firm of Kendall Law Group, LLP as Liaison Counsel. The Court hereby approves Movant's selection of Liaison Counsel.

6. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through other counsel designated by Lead Counsel:

 a. to coordinate the briefing and argument of any and all motions;

 b. to coordinate the conduct of any and all discovery proceedings;

 c. to coordinate the examination of any and all witnesses in depositions;

d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e. to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

f. to coordinate all settlement negotiations with counsel for defendants;

g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

h. to coordinate the preparation and filings of all pleadings; and

i. to supervise all other matters concerning the prosecution or resolution of the consolidated actions.

7. No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Lead Counsel.

8. Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

9. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, shall serve as the spokespersons for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel and Liaison Counsel together shall act as the liaison between the Court and plaintiffs and their counsel.

**IT IS SO ORDERED.**

DATED: July 29, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS