IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET BUDDE, *Lead Plaintiff pursuant to 7/29/15 Order*, and DANIEL REAM, *Individually and on Behalf of All Others Similarly Situated*, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No.: 3:15-CV-1679-M |
| GLOBAL POWER EQUIPMENT GROUP, INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN, | § § § § § | |
| Defendants. | § § | |

## ORDER

This case was filed on May 13, 2015. It has come to the Court's attention that Plaintiffs' counsel, Jason M. Leviton, Jeffrey C. Block, and Steven P. Harte, are not admitted to practice in the United States District Court for the Northern District of Texas. Therefore, within 30 days from the date of this Order, Jason M. Leviton, Jeffrey C. Block, and Steven P. Harte, must either become admitted to practice in this District (See LR 83.7), or move the Court to be admitted Pro Hac Vice (See LR 83.9(b)).

SO ORDERED.

DATED:   August 5, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS