UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGARET BUDDE, Lead Plaintiff pursuant to 7/29/15 Order, and DANIEL REAM, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., RAYMOND K. GUBA, and LUIS MANUAL RAMIREZ,<br><br>　　　　Defendants. | Civil Action No. 3:15-cv-1679-M |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw as Counsel [Docket Entry #23]. The Motion is **GRANTED**. Jason M. Leviton and Steven P. Harte are relieved as counsel of record for Plaintiff.

**SO ORDERED**.

August 12, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS