UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGARET BUDDE, Lead Plaintiff pursuant to 7/29/15 Order, and DANIEL REAM, Individually and On Behalf Of All Others Similarly Situated, § § § § § § § Plaintiff, § v. § § GLOBAL POWER EQUIPMENT GROUP, § INC., RAYMOND K. GUBA, and LUIS § MANUEL RAMIREZ, § § Defendants. § | Civil Action No. 3:15-cv-1679-M |

## ORDER

Before the Court is an Agreed Motion regarding Deadlines for Filing Consolidated and Amended Complaint and for Filing a Response Thereto [Docket Entry #26]. The Motion is **GRANTED**.

Defendants are relieved of their obligation to respond to any complaint in the consolidated actions except the Consolidated Amended Complaint to be filed.

The deadline for Lead Plaintiff to file a Consolidated Amended Complaint will be forty-five days after Defendant Global Power Equipment Group, Inc. issues restated financial results as described in the Motion. After the Consolidated Amended Complaint is filed, Defendants will have sixty days to move, answer or otherwise respond.

If Defendants file a Motion to Dismiss the Consolidated Amended Compliant, Lead Plaintiff will have sixty days from the date that motion is filed to file a Response, and Defendants will have thirty days from the date the Response is filed to Reply.

The Parties shall report to the Court regarding the status of the case schedule within ninety days of this Order.

**SO ORDERED**.

August 24, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS