**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| DANIEL REAM, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 3:15-cv-01679-M |
| GLOBAL POWER EQUIPMENT GROUP, INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN, | § § § § § | |
| Defendants. | § § | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Paul E. Coggins, enters his appearance as counsel for Defendant Raymond K. Guba, in the above-referenced matter.

The undersigned is a member in good standing of the State Bar of Texas and is admitted to practice in the Northern District of Texas. Copies of all communications and other documents filed in the above-referenced proceedings should be directed to the counsel below.

Respectfully submitted,

/s/ Paul E. Coggins
**Paul E. Coggins**
  State Bar No. 04504700
  pcoggins@lockelord.com

**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEY FOR DEFENDANT
RAYMOND K. GUBA**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service pursuant to the Federal Rules of Civil Procedure on this 11th day of December, 2015.

                                          /s/ Paul E. Coggins
                                          Counsel for Raymond K. Guba