UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET BUDDE, Lead Plaintiff, and DANIEL REAM, Individually and On Behalf Of All Others Similarly Situated, | § § § § | |
| Plaintiffs, v. | § § § § | No. 3:15-cv-1679-M |
| GLOBAL POWER EQUIPMENT GROUP, INC.; RAYMOND K. GUBA; and LUIS MANUEL RAMIREZ, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is a Motion to Withdraw as Counsel for Defendant Raymond K. Guba, filed by David G. Januszewski and Bradley J. Bondi of the law firm Cahill, Gordon & Reindel, LLP and Scott L. Davis, Todd A. Murray, and Rachel Kingrey of the law firm Gardere Wynne Sewell, LLP [Docket Entry #34]. The Motion is **GRANTED**. David G. Januszewski and Bradley J. Bondi of the law firm Cahill, Gordon & Reindel, LLP and Scott L. Davis, Todd A. Murray, and Rachel Kingrey of the law firm Gardere Wynne Sewell, LLP are relieved as counsel of record for Defendant Raymond K. Guba.

Paul E. Coggins and Kiprian E. Mendrygal of the firm Locke Lord LLP are designated lead attorneys for Defendant Raymond K. Guba.

**SO ORDERED**.

December 28, 2015.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1