**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MARGARET BUDDE, Lead Plaintiff pursuant to 7/29/15 Order, and DANIEL REAM, Individually and On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., RAYMOND K. GUBA, and LUIS MANUEL RAMIREZ,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:15-cv-1679-M<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

On August 24, 2015, the Court granted the parties' agreed motion and ordered that the deadline for Lead Plaintiff to file a Consolidated Amended Complaint would be forty-five days after Defendant Global Power Equipment Group, Inc. issued restated financial results [Docket Entry #27]. The parties updated the Court on November 23, 2015, stating that the restated financial results would be issued "as soon as practicable" [Docket Entry #31]. In light of the protracted delay in this case, the parties are **ORDERED** to update the Court within fourteen days of the date of this Order regarding the status of the case and proposing a specific due date for the filing of a Consolidated Amended Complaint.

    **SO ORDERED**.

    February 3, 2016.

_____<br>
BARBARA M. G. LYNN<br>
UNITED STATES DISTRICT JUDGE<br>
NORTHERN DISTRICT OF TEXAS