UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGARET BUDDE, Lead Plaintiff pursuant to 7/29/15 Order, and DANIEL REAM, Individually and On Behalf Of All Others Similarly Situated, § § § § § § § Plaintiff, § v. § § GLOBAL POWER EQUIPMENT GROUP, § INC., RAYMOND K. GUBA, and LUIS § MANUEL RAMIREZ, § § Defendants. § | Civil Action No. 3:15-cv-1679-M |

## ORDER

Before the Court is the Joint Status Report [Docket Entry #37]. In light of the information provided by the parties, the Court agrees that the Court's previous Order [Docket Entry #27] will remain in effect. The deadline for Lead Plaintiff to file a Consolidated Amended Complaint will be forty-five days after Defendant Global Power Equipment Group, Inc. files its restated financial results with the U.S. Securities and Exchange Commission. The parties are **ORDERED** to advise the Court when the restated financial results are filed. If that is not done by March 31, 2016, the parties are directed to so advise the Court.

**SO ORDERED**.

February 12, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1