UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGARET BUDDE, Lead Plaintiff pursuant to 7/29/15 Order, and DANIEL REAM, Individually and On Behalf Of All Others Similarly Situated, §§§§§<br><br>Plaintiff,<br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., RAYMOND K. GUBA, and LUIS MANUEL RAMIREZ,<br><br>Defendants. | Civil Action No. 3:15-cv-1679-M |

## ORDER

The Court previously approved Lead Plaintiff's selection of the law firm Block & Leviton, LLP as Lead Counsel and of the law firm Kendall Law Group, LLP as Liaison Counsel [Docket Entry #18]. Lead Plaintiff is **ORDERED**, no later than March 22, 2016, to provide the Court with the names of the specific attorneys from those law firms who will serve as Lead and Liaison Counsel in this matter.

**SO ORDERED**.

March 16, 2016.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1