# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARGARET BUDDE, Lead Plaintiff pursuant to 7/29/15 Order, and DANIEL REAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., RAYMOND K. GUBA and LUIS MANUEL RAMIREZ,<br><br>Defendants. | Case No. 3:15-cv-1679-M |

## LEAD PLAINTIFF'S RESPONSE TO ORDER DATED MARCH 16, 2016 (DKT. 40)

Pursuant to the Court's order dated March 16, 2016 (Dkt. 40), Lead Plaintiff Margaret Budde ("Plaintiff") hereby provides the Court with the names of the specific attorneys from Block & Leviton LLP and Kendall Law Group, PLLC who will serve as Lead and Liaison Counsel in the above-captioned matter. The only attorneys serving as Lead Counsel from Block & Leviton LLP are Jeffrey C. Block, Jacob A. Walker and Erica G. Langsen. The only attorneys serving as Liaison Counsel from Kendall Law Group, PLLC are Joe Kendall and Jamie J. McKey.

Dated: March 16, 2016     Respectfully Submitted,

s/ *Joe Kendall*
Joe Kendall
State Bar No. 11260700
Jamie J. McKey
State Bar No. 24045262
**KENDALL LAW GROUP, PLLC**
3232 McKinney Avenue, Suite 700
Dallas, Texas  75204

Telephone:  214-744-3000
Facsimile:  214-744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block, *pro hac vice*
Jacob A. Walker, *pro hac vice* pending[1]
Erica G. Langsen, *pro hac vice*
155 Federal Street, Suite 400
Boston, Massachusetts 02110
Telephone:  617-398-5600
Facsimile:  617-507-6020
Jeff@blockesq.com
Jake@blockesq.com
Erica@blockesq.com

*Lead Counsel for Lead Plaintiff*

### CERTIFICATE OF SERVICE

    I certify that a copy of this document was forwarded to all counsel of record in this case via the Court's ECF system as of the date file stamped thereon.

                                     /s/ Joe Kendall
                                     Joe Kendall

---

[1] Application filed on March 16, 2016.