UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGARET BUDDE, Lead Plaintiff pursuant to 7/29/15 Order, and DANIEL REAM, Individually and On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., RAYMOND K. GUBA, and LUIS MANUEL RAMIREZ,<br><br>    Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 3:15-cv-1679-M |

## ORDER

The Court previously approved Lead Plaintiff's selection of the law firm Block & Leviton, LLP as Lead Counsel and of the law firm Kendall Law Group, LLP as Liaison Counsel [Docket Entry #18]. Lead Plaintiff has notified the Court of the identities of the individual attorneys who will serve as Lead and Liaison Counsel in this matter [Docket Entry #42]. Pursuant to that notice, the Court appoints Jeffrey C. Block, Jacob A. Walker, and Erica G. Langsen from Block & Leviton LLP as Lead Counsel and Joe Kendall and Jamie J. McKey from Kendall Law Group, PLLC as Liaison Counsel.

**SO ORDERED**.

March 29, 2016.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS