IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET BUDDE, Lead Plaintiff, and DANIEL REAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP INC., RAYMOND K. GUBA, and LUIS MANUEL RAMIREZ,<br><br>Defendants. | §§§§§§§§§§§§ | Civil Action No. 3:15-CV-1679-M |

## STATUS REPORT

Pursuant to this Court's August 24, 2015 Order [Dkt #27] and February 12, 2016 Order [Dkt #39], the deadline for Plaintiffs to file a Consolidated Amended Complaint is forty-five days after the date Defendant Global Power Equipment Group Inc. ("Global Power") files restated financial results with the U.S. Securities and Exchange Commission. The Court's February 12, 2016 Order directed the parties to advise the Court when the restated financial results are filed and to advise the Court if the filing does not occur by March 31, 2016. Global Power provides this Status Report to update the Court regarding the status of its financial statements, which will not be filed by March 31, 2016.

As described in the Form 8-K filed by Global Power on March 30, 2016 (a copy of which is attached hereto as Exhibit A), effective March 24, 2016, Global Power retained a new independent registered public accounting firm. The accounting firm will promptly begin the process of auditing all the financial statements required to bring current Global Power's SEC-reporting status, including completing the audits of those subject to the restatement. Global Power is working with the accounting firm to finalize its audit plan with respect to the financial

information Global Power intends to restate and Global Power's 2015 financial information, and will provide an update on that process as soon as practicable.

Subject to any Order of the Court requiring additional information or updates, Global Power will update the Court concerning further developments within 60 days hereof.

Respectfully submitted,

 /s/ Scott L. Davis
Scott L. Davis
State Bar No. 05547030
Todd A. Murray
State Bar No. 00794350
Rachel Kingrey
State Bar No. 24068616
GARDERE WYNNE SEWELL LLP
1601 Elm St., Suite 3000
Dallas, TX 75201-4761
214.999.3000
Fax: 214.999.4667
sdavis@gardere.com
tmurray@gardere.com
rkingrey@gardere.com

David G. Januszewski
*Admitted Pro Hac Vice*
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
212.701.3352
Fax: 212.378.2200
djanuszewski@cahill.com

Bradley J. Bondi
*Admitted Pro Hac Vice*
Cahill Gordon & Reindel LLP
1990 K Street NW
Suite 950
Washington, DC 20006
202.862.8910
Fax: 866.836.0501
bbondi@cahill.com

**Attorneys for Defendant Global Power Equipment Group Inc.**

**Certificate of Service**

  I certify that a copy of this document was served by delivery to all other parties in this case entitled to receive such notification through this court's CM/ECF system on March 31, 2016:

                */s/ Rachel Kingrey*
                Rachel Kingrey